UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, and Center for Biological Diversity,<br><br>      Plaintiff,<br><br>    v.<br><br>ALICE B. CARLTON, in her official capacity as Forest Supervisor for Plumas National Forest, RANDY MOORE, in his official capacity as Regional Forester for Region 5 of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>      Defendants.<br>_____/ | No. CIV. S-09-2020 FCD EFB |
| EARTH ISLAND INSTITUTE, and Center for Biological Diversity,<br><br>      Plaintiff,<br><br>    v.<br><br>TERRY MARCERON, in her official capacity as Forest Supervisor for Lake Tahoe Basin Management Unit, and the UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>      Defendants.<br>_____/ | No. CIV. S-11-0402 GEB DAD<br><br>**ORDER OF NON-RELATED CASES** |

        The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123(a).  Assignment of the matters to the same judge is not likely to effect a substantial

1  savings of judicial effort or other economies.  These actions involve the same or similar
2  defendants, but the actions involve different projects, there are unique facts to each case, and it is
3  not clear that the same result should follow in these actions, and assignment to different judges
4  would not entail substantial duplication of labor.
5     Therefore, CIV. S-11-0402 GEB DAD shall not be reassigned to the undersigned judge.
6  **IT IS SO ORDERED.**
7  DATED:  February 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE