1

2

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

3

4

EARTH ISLAND INSTITUTE and CENTER
FOR BIOLOGICAL DIVERSITY,

Case No. 2:11-cv-00402-GEB-DAD

5

Plaintiffs,

6

v.

7

8

9

10

NANCY GIBSON, in her official
capacity as Forest Supervisor for the Lake
Tahoe Basin Management Unit, and UNITED
STATES FOREST SERVICE, an agency of the
Department of Agriculture,

**[PROPOSED] SCHEDULING ORDER**

11

Defendants.

12

13

14

15

16

It is hereby ordered that, for the reasons set forth in the parties' Joint Motion for and

Memorandum in Support of Proposed Scheduling Order, and based on the representations

therein, the following deadlines shall apply in this case:

17

18

April 13:     Defendants serve, via federal express, an electronic version of the
              Administrative Record on Plaintiffs' counsel Ms. Rachel Fazio and Ms.
              Sarah Uhlemann

19

20

April 15:     Defendants lodge Administrative Record with Court

21

April 18:     Plaintiffs file their First Amended Complaint

22

April 20:     Plaintiffs file Motion for Summary Judgment

23

24

May 11:       Defendants file Combined Cross-motion for Summary Judgment and
              Opposition to Plaintiffs' Motion for Summary Judgment

25

May 16:       Defendants file their Answer

26

27

May 27:       Plaintiffs file Combined Opposition to Defendants' Cross-motion for
              Summary Judgment and Reply in Support of Plaintiffs' Motion for

28

[PROPOSED] SCHED. ORDER

Summary Judgment

June 13:        Defendants file Reply in Support of Cross-motion for Summary Judgment

The hearing on these matters is hereby set for June 20, 2011 at 9:00 a.m. in Courtroom

10.

Dated:  April 25, 2011

GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] SCHED. ORDER